IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHNNY LEE NICHOLS                                                                                   PETITIONER

No. 4:25-cv-00084 LPR/PSH

STATE OF ARKANSAS,
POPE COUNTY CIRCUIT COURT                                                      RESPONDENT

## ORDER

Petitioner Johnny Lee Nichols ("Nichols") has filed a petition seeking habeas corpus relief. Nichols has not, however, filed a Court approved application for leave to proceed *in forma pauperis* or submitted a filing fee.

IT IS THEREFORE ORDERED THAT Nichols must submit either the $5.00 filing fee, or a properly completed *in forma pauperis* application, no later than thirty (30) days after the entry date of this order. Nichols' failure to comply with this order will result in the recommended dismissal of this action without prejudice.[1]

---

[1] Nichols is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without

The Clerk is hereby directed to immediately forward an *in forma pauperis* application to Nichols.

In his pleading styled as "Summons Preliminary Injunction Writ of Habeas Corpus Counter Claim," Nichols asks this Court to "summons the Pope County Detition [sic] Center and the Pope County Circuit Court…that Nichols arrest and imprisonment is lawful and constitutional." Doc. No. 2 at 3. This motion is unclear and no legal basis is advanced for it. It is therefore DENIED. The Court will order service, if appropriate, after Nichols files a complete *in forma pauperis* application or pays the $5.00 filing fee.

Finally, Nichols is apparently seeking relief from Pope County. Nichols is directed to provide the name of his custodian, who is the proper respondent in this habeas case.

DATED this 4th day of February, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.